JOHN BOYCE, Respondent, *v.* UTICA MUTUAL INSURANCE COMPANY, Appellant.

Argued: December 6, 1938; decided January 3, 1939.

*Raymond F. Nichols* for appellant.

*Stephen V. Lines* and *John J. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.